UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INGRID YAJAIRA MARIÑEZ GONZALEZ, <br><br> Petitioner, <br><br> v. <br><br> CARLOS AUGUSTO PINEDA CORDERO, <br><br> Respondent. | CIVIL ACTION NO. 1:20-cv-05963 |

**[PROPOSED] ORDER DIRECTING THAT THE UNREDACTED COMPLAINT AND EXHIBITS B AND C THERETO BE FILED UNDER SEAL**

Upon the Declaration of Sima Kazmir, Esq., applying to seal Petitioner Ingrid Yajaira Mariñez Gonzalez's unredacted Complaint and Exhibits B and C thereto, it is hereby:

ORDERED, that the unredacted Complaint and Exhibits B and C thereto be filed under seal until further Order of the Court, and

ORDERED, that Petitioner file on the public record the redacted Complaint and Exhibits B and C thereto.

ISSUED this ___4___ day of ___August___, 2020.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE, PART I
HON. VALERIE CAPRONI